1  STEVEN KALAR
   Federal Public Defender
2  DANIEL P. BLANK
   Senior Litigator
3  450 Golden Gate Avenue
   San Francisco, California  94102
4  Telephone:  (415) 436-7700
   Facsimile:  (415) 436-7706
5  Email:      Daniel_Blank@fd.org

6

7  Counsel for Defendant VELASQUEZ-TRINIDAD

8

9               IN THE UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCO TULIO VELASQUEZ-TRINIDAD,<br><br>Defendant. | **Case No.:** CR 19-0456 WHO<br><br>**SENTENCING MEMORANDUM**<br><br>**Court:**  Hon. William H. Orrick III<br>**Date:**   January 23, 2020<br>**Time:**   1:30 p.m. |
|---|---|

## INTRODUCTION

Defendant Marco Tulio Velasquez-Trinidad, who has no prior arrests or criminal convictions of any kind, has demonstrated extraordinary acceptance of responsibility for his offense of selling $17 worth of crack cocaine to an undercover police officer, and respectfully requests that the Court vary downward under the factors of 18 U.S.C. § 3553(a) from the U.S. Sentencing Guideline Zone B range of 6 to 12 months and impose upon him a sentence of time served (effectively 4 months imprisonment).

## BACKGROUND

Marco Tulio Velasquez-Trinidad was born and raised in a small town in Honduras which lacked running water or electricity. *See* PSR ¶ 30. Mr. Velasquez had to drop out of school at age 10 and help his father in fields in order for his family to have enough food and clothing. *Id.* ¶¶ 30, 38. After serving two compulsory years in the Honduran military, Mr. Velasquez was kidnapped by a gang. *Id.* ¶ 35. Mr. Velasquez suffered a gunshot wound and was left to die in the street. *Id.* Soon thereafter, Mr. Velasquez fled the violence in Honduras and ultimately emigrated to the United States, where he hoped to find employment so he could support his family financially.[1]

Mr. Velasquez was arrested in September 2019 for selling $17 worth of crack cocaine to an undercover police officer. *Id.* ¶ 6. Following his initial appearance in federal court, Mr. Velasquez promptly pleaded guilty to that charge pursuant to a plea agreement with the government. *Id.* ¶ 3.

## ARGUMENT

Mr. Velasquez agrees with the calculation of the U.S. Probation Officer that the applicable U.S. Sentencing Guideline range is 6 to 12 months, based upon Offense Level 10 and Criminal History Category I (no prior arrests or criminal convictions of any kind), in Zone B of the Sentencing Table. As noted in the Presentence Report, because the applicable

---

[1] Due to gangs, Honduras has become one of the most violent countries in the world. *See, e.g.,* Central America Refugee Crisis, UNITED NATIONS REFUGEE AGENCY (available at https://www.unrefugees.org/emergencies/central-america).

1

guideline range is in Zone B of the Sentencing Table, the Court may impose a term of "probation with a condition or combination of conditions requiring intermittent confinement, community confinement, or home detention." PSR ¶ 47. However, as Mr. Velasquez does not have permission to be in this country, he is not eligible for any of those preferable alternatives to imprisonment expressly recognized in the guidelines.

Instead, under the factors of 18 U.S.C. § 3553(a), Mr. Velasquez respectfully requests that the Court vary downward from the low end of the advisory guideline range to a sentence of "time served" (effectively four months imprisonment) due to his extraordinary acceptance of responsibility, both in terms of his prompt guilty plea, as well as due to the dangerous conditions in Honduras which led Mr. Velasquez to seek employment here in the United States and to which he will he inevitably be returned. As set forth in the Background section above, Mr. Velasquez first came to the United States from Honduras because gang violence eliminated any realistic opportunity of gainful employment there. Although this fact does not excuse Mr. Velasquez's criminal conduct, it does provide an important perspective, especially when considering the role in creating those violent conditions in Honduras played by the same federal government prosecuting him here.

Honduras is a dangerous and violent country with one of the highest murder rates in the world. *See* Honduras 2018 Crime & Safety Report, OVERSEAS SECURITY ADVISORY COUNCIL (available at https://www.osac.gov/Pages/ContentReportDetails.aspx?cid =23798) [hereinafter 2018 Crime & Safety Report]; *see also* Gangs in Honduras, INSIGHT CRIME (available at https://www.insightcrime.org/images/PDFs/2015/HondurasGangs.pdf) [hereinafter Gangs in Honduras] at 1 ("In 2014, Honduras was considered the most violent nation in the world that was not at war."). Tegucigalpa, the capital of Honduras, and San Pedro Sula, the country's economic center, are two of the ten most dangerous cities in the world. Central America Refugee Crisis, UNITED NATIONS REFUGEE AGENCY (available at https://www.unrefugees.org/emergencies/central-america/); *see also* Gangs in Honduras at 1. According to the 2017 State Department Human Rights Report, violence in Honduras includes "murder, extortion, kidnapping, torture, human trafficking, intimidation, and other threats . . . ."

Country Report of Human Rights Practices for 2017, Honduras, U.S. DEP'T OF STATE, BUREAU OF DEMOCRACY, HUMAN RIGHTS AND LABOR (available at https://www.state.gov/documents/organization/277585.pdf) at 1.

Although there are many reasons for the high crime and murder rates, political instability and gang activity have contributed to the violence for decades. In the 1980's, the United States used Honduras to base American soldiers as they fought against the Nicaraguan government. *Id.* Neighboring countries Guatemala and El Salvador, also endured internal wars that left the countries unstable. *Id.* Because many were left unemployed and weapons were readily available, criminal groups began to form throughout Central America. *Id.* According to the Wilson Center, crime generally goes unreported because of corruption, weak law enforcement, and active criminal groups. *See* Cristina Eguizábal et al., Crime and Violence in Central America's Northern Triangle, WILSON CTR RPT. ON AMERICAS (available at https://www.wilsoncenter.org/sites/default/files/FINAL%20PDF_CARSI%20REPORT_0.pdf [hereinafter Crime and Violence] at 1-2. In 2009, a military coup ousted Honduras President Zelaya making Honduras the first Central American country to undergo a coup in nearly two decades, and in 2017, the most recent Honduran presidential election came under question as many organizations noticed irregularities with the results. *See* Central America's Violent Northern Triangle; *see also* Honduras: Guarantee Credibility of Elections, Protect Free Expression, HUMAN RIGHTS WATCH (Dec. 2017) (available at https://www.hrw.org/news/2017/12/11/honduras-guarantee-credibility-elections-protect-free-expression). Because of the instability and unrest within Honduras, the United States has issued warnings cautioning travel there since 2012. *See* 2018 Crime & Safety Report. These travel warnings are indicative of the safety concerns in the country and why many are fleeing in hopes of creating more sustainable lives.

Gang violence is also responsible for the violence throughout Honduras. Since the 1990's, the United States has played a significant role in Honduran gang culture. *See* Gangs in Honduras at 1. Mara Salvatrucha (MS-13), the 18th Street gang (M-18), and Barrio 18, three gangs that originated in Los Angeles, are now three of the most prevalent gangs in the country.

*See* Clare Ribando Seelke, Gangs in Central America, CONG. RES. SER., 3 (Aug. 29, 2016) (available at https://fas.org/sgp/crs/row/RL34112.pdf); *see also* Gangs in Honduras at 1.  These gangs expanded into Honduras after the United States passed legislation in 1996 that led to the deportation of many undocumented immigrants with criminal records.  *See* Gangs in Honduras at 1.  Although sources vary as to how many gang members are currently active, estimates range between 5,000 to 36,000 members.  *Id.* at 7.  These U.S.-based gangs, along with local gangs, use extortion and violence to control territories and comminutes.  *See* Crime and Violence at 1-2; *see also* Rocio Cara Labrador & Danielle Renwick, Central America's Violent Northern Triangle, COUNCIL ON FOREIGN REL. (June 26, 2018) (available at https://www.cfr.org/backgrounder/central-americas-violent-northern-triangle) [hereinafter Central America's Violent Northern Triangle].  As a result, life in Honduras is tenuous, and violence is a primary reason why many people like Mr. Velasquez must flee the country in order to find a life where they can be safe and find economic opportunity.  *See* Central America's Violent Northern Triangle.

     Despite these dangers in the country to which he will certainly be deported following the resolution of the instant case, Mr. Velasquez promptly pleaded guilty, demonstrating extraordinary acceptance of responsibility.  As none of the preferable alternatives to imprisonment expressly recognized by the U.S. Sentencing Guidelines based upon the Zone B guideline range here are available for Mr. Velasquez, the Court should instead vary downward under the factors of § 3553(a) to a term of imprisonment of "time served."

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**CONCLUSION**

For the aforementioned reasons, the Court should sentence Mr. Velasquez to a term of imprisonment of "time served," effectively four months imprisonment.

Respectfully submitted,

Dated:   January 15, 2020

STEVEN KALAR
Federal Public Defender
Northern District of California

/S
DANIEL P. BLANK
Assistant Federal Public Defender